**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE: | CHAPTER 11 (SUBCHAPTER V) |
| HAL LUFTIG COMPANY INC., | CASE NO. 22-11617 (JPM) |
| DEBTOR. | |

---

### FCP ENTERTAINMENT PARTNERS, LLC'S
### STATEMENT OF ISSUES AND DESIGNATION OF ITEMS
### TO BE INCLUDED IN THE RECORD ON APPEAL

PLEASE TAKE NOTICE that FCP Entertainment Partners, LLC ("FCP"), by and through its counsel, LIPPES MATHIAS LLP, hereby submits this Statement of Issues and Designation of Items to be Included in the Record on Appeal and respectfully states as follows:

#### STATEMENT OF ISSUES PRESENTED

1. As a matter of law, is a non-debtor entitled to receive protection from the bankruptcy automatic stay, over the objection of a creditor, during the life of a confirmed plan?

2. Did the Bankruptcy Court commit reversible error in overruling FCP's objection to confirmation of the Debtor's Third Amended Chapter 11, Subchapter V Plan by granting an extension of the bankruptcy stay to non-debtor Hal Luftig, in his individual capacity, over the life of the plan without providing for any protections to the non-debtor's creditors?

[*This Space Intentionally Left Blank – Designation of Items to Follow*]

1

## DESIGNATION OF ITEMS

| Docket No. | Date Filed | Title of Document(s)/Docket Text | Record on Appeal Document No. |
|---|---|---|---|
| Adv. Pro. No. 22-01176[1]<br><br>Dkt. No. 23 | 01/05/2023 | Order signed on 1/13/2023 Granting Debtor's Motion (I) to Extend the Automatic Stay to Non-Debtor Hal Luftig (II) for a Temporary Restraining Order and Preliminary Injunction (III) Setting Emergency Hearing Date and (IV) Fixing The Form and Manner of Notice (Related Doc # 4). (Rodriguez-Castillo, Maria) (Entered: 01/13/2023) | 1 |
| 172 | 11/21/2024 | Third Amended Plan */Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* filed by Sheryl P Giugliano on behalf of Hal Luftig Company, Inc.. (Attachments: # 1 Redline against Second Amended Plan)(Giugliano, Sheryl) (Entered: 11/21/2024) | 2 |
| 173 | 11/26/2024 | Memorandum of Law *(I) in Support of Confirmation of Debtors Third Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (II) in Response to the Objection to Confirmation Filed BY FCP Entertainment Partners, LLC* (related document(s)170, 172) filed by Sheryl P Giugliano on behalf of Hal Luftig Company, Inc.. (Giugliano, Sheryl) (Entered: 11/26/2024) | 3 |
| 174 | 11/26/2024 | Declaration *of Brian Ryniker (I) in Support of Confirmation of Debtors Third Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (II) in Response to the Objection to Confirmation Filed by FCP Entertainment Partners, LLC* (related document(s)170, 172) filed by Sheryl P Giugliano on behalf of Hal Luftig Company, Inc.. (Giugliano, Sheryl) (Entered: 11/26/2024) | 4 |

---

[1] This Order, necessary to the record on appeal, is not included on the docket for case number 22-11617 and exists only under adversary proceeding 22-01176.

| Docket No. | Date Filed | Title of Document(s)/Docket Text | Record on Appeal Document No. |
|---|---|---|---|
| 175 | 11/26/2024 | Declaration *of Hal Luftig (I) in Support of Confirmation of Debtors Third Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (II) in Response to the Objection to Confirmation Filed by FCP Entertainment Partners, LLC* (related document(s)170, 172) filed by Sheryl P Giugliano on behalf of Hal Luftig Company, Inc.. (Giugliano, Sheryl) (Entered: 11/26/2024) | 5 |
| 190 | 01/10/2025 | Final Objection to Confirmation of Amended Plan (related document(s)172) filed by Christopher M. Fisher on behalf of FCP Entertainment Partners, LLC. (Fisher, Christopher) (Entered: 01/10/2025) | 6 |
| 192 | 01/13/2025 | Amended Joint Pretrial Order signed on 1/13/2025. (Rodriguez-Castillo, Maria) (Entered: 01/13/2025) | 7 |
| 194 | 01/31/2025 | Transcript regarding Hearing Held on 01/17/25 at 10:09 A.M. RE: Notice Of Hearing/Notice Of Rescheduled Confirmation Hearing (Related Document(S)172). Remote electronic access to the transcript is restricted until 5/1/2025. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Writer's Cramp, Inc.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 172). Notice of Intent to Request Redaction Deadline Due By 2/7/2025. Statement of Redaction Request Due By 2/21/2025. Redacted Transcript Submission Due By 3/3/2025. Transcript access will be restricted through 5/1/2025. (Su, Kevin) (Entered: 02/03/2025) | 8 |
| 195 | 02/24/2025 | Memorandum Opinion And Order signed on 2/24/2025 On Confirmation Of Debtor's | 9 |

3

| Docket No. | Date Filed | Title of Document(s)/Docket Text | Record on Appeal Document No. |
|---|---|---|---|
| | | Third Amended Small Business Plan of Reorganization Under Chapter 11. (related document(s)172) (Rodriguez-Castillo, Maria) (Entered: 02/24/2025) | |
| 197 | 03/06/2025 | Order signed on 3/6/2025 Confirming Debtor's Third Amended Small Business Plan of Reorganization (ECF Doc. No. 172) Pursuant To 11 U.S.C. §§ 1129 And 1191 And Court's Memorandum Opinion and Order (ECF Doc. No.195). (related document(s)195, 172) (Rodriguez-Castillo, Maria) (Entered: 03/06/2025) | 10 |
| 198 | 03/20/2025 | Notice of Appeal *of Order Confirming Debtor's Third Amended Small Business Plan* (related document(s)197) filed by Svetlana K Ivy on behalf of FCP Entertainment Partners, LLC. Appellant Designation due by 4/3/2025, (Attachments: # 1 Civil Cover Sheet)(Ivy, Svetlana) (Entered: 03/20/2025) | 11 |
| 199 | 03/24/2025 | Statement *Notice of (I) Entry of Confirmation Order, (II) Ocurrence of Effective Date Under Debtor's Third Amended Small Business Plan of Reorganization, and (III) Certain Deadline* (related document(s)197) filed by Sheryl P Giugliano on behalf of Hal Luftig Company, Inc.. (Giugliano, Sheryl) (Entered: 03/24/2025) | 12 |

Dated: April 3, 2025
       Buffalo, New York

**LIPPES MATHIAS LLP**

/s/Svetlana K. Ivy
Svetlana K. Ivy, Esq.
Christopher M. Fisher, Esq.
*Attorneys for FCP Entertainment Partners*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202-2216
(716) 853-5100
sivy@lippes.com
cfisher@lippes.com