UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re: Chapter 11 (Subchapter V)

HAL LUFTIG COMPANY, INC., Case No. 22-11617 (JPM)

Debtor.
-------------------------------------------------------------x

**APPELLEES' DESIGNATION OF ADDITIONAL**
**ITEMS FOR INCLUSION IN RECORD ON APPEAL**

Appellees Hal Luftig Company, Inc., the above-captioned debtor and debtor-in-possession, and Hal Luftig, in his individual capacity (together, "**Appellees**"), by and through their respective counsel, respectfully submit this designation of additional items for inclusion in the record on appeal, pursuant to rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, in response to *FCP Entertainment Partners, LLC's Statement of Issues and Designation of Items to Be Included in the Record on Appeal*, dated April 3, 2025 (ECF Doc. No. 202).

**Designation of Additional Items**

Appellees submit the following designation of additional items to be included in the record on appeal. Appellees reserve their rights to seek to amend or supplement this designation.

| Docket No.[1] | Date Filed | Additional Item | Record No. |
|---|---|---|---|
| Adv. Pro. No. 22-01176; ECF Doc. No. 16 | 12/14/2022 | *Supplemental Declaration of Hal Luftig Under Bankruptcy Rule 9077 and Local Bankruptcy Rule 9077-1* with exhibits thereto | 13 |
| 5 | 12/01/2022 | *Declaration of Hal Luftig Under Local Rule 1007-2 in Connection with Chapter 11 Filing and Local Rule 9077-1 in Support of Certain First Day Motions* with exhibits thereto | 14 |

[1] Unless otherwise indicated, all references to docket numbers in this column shall be to those docket entries filed on the docket of the above-captioned bankruptcy case.

| | | | |
|---|---|---|---|
| 34-2 | 01/05/2023 | *Declaration of Brian Ryniker in Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of RK Consultants LLC as Financial Advisor for Debtor Effective as of December 19, 2022* | 15 |
| 55 | 03/01/2023 | *Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* | 16 |
| 63 | 03/27/2023 | *Notice of Filing of Plan Supplement* with exhibits thereto | 17 |
| 81 | 05/31/2023 | *Stipulation and Order Allowing Unsecured Claim of FCP Entertainment Partners, LLC* (so ordered) | 18 |
| 85 | 06/30/2023 | *Declaration of Hal Luftig in Support of Confirmation of Debtor's Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (ECF Doc. No. 55)* with exhibits thereto | 19 |
| 97 | 07/21/2023 | Transcript of July 11, 2023 Confirmation Hearing | 20 |
| 98 | 08/11/2023 | *Notice of Supplemental Authority, in Opposition to the Debtor's Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* | 21 |
| 100 | 08/14/2023 | *Debtor's Response to FCP Entertainment Partners LLC's Notice of Supplemental Authority in Further Support of its Objection to Confirmation of Small Business Plan of Reorganization* | 22 |
| 115 | 11/20/2023 | *Memorandum, Opinion and Order on Confirmation of Small Business Plan of Reorganization Under Chapter 11* | 23 |
| 116 | 11/27/2023 | *First Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* | 24 |
| 120 | 12/07/2023 | *Notice of Proposed Findings and Conclusions Regarding Memorandum Opinion and Order signed on November 22, 2023 on Confirmation of Small Business Plan Under Chapter 11* | 25 |
| 122 | 12/08/2023 | *Objection of the United States Trustee to Bankruptcy Court's Findings of Fact and Conclusions of Law* | 26 |
| 134 | 12/16/2023 | *Objection of FCP Entertainment Partners, LLC to the Proposed Findings of Fact and Conclusions of Law of the United States Bankruptcy Court of the Southern District of New York Pursuant To Federal Rule of Bankruptcy Procedure 9033* | 27 |
| 136 | 01/09/2024 | *Debtor's Response to Objections to Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law (ECF Doc. No. 115) Filed by the United States Trustee (ECF Doc. Nos. 119, 122) and FCP Entertainment Partners, LLC (133, 134)* | 28 |
| 137 | 01/09/2024 | *Statement in Support of Debtor's Response to Objections to Bankruptcy Court's Findings of Fact and Conclusions of Law* | 29 |

| | | | |
|---|---|---|---|
| 144 | 03/22/2024 | *Opinion and Order* of the United States District Court for the Southern District of New York, Judge Denise Cote, D.C.J. | 30 |
| 155 | 07/25/2024 | *Second Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* | 31 |
| 156 | 07/25/2024 | *Declaration of Brian Ryniker in Support of Confirmation of Second Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* | 32 |
| 157 | 07/25/2024 | *Declaration of Hal Luftig in Support of Confirmation of Second Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* | 33 |
| 166 | 10/16/2024 | *Notice of Confirmation Hearing*, which scheduled the Confirmation Hearing for December 18, 2024 at 10:00 am and set a deadline for all objections to November 15, 2024 | 34 |
| 168 | 11/14/2024 | *Amended Notice of Confirmation Hearing*, changing the Confirmation Hearing date by one day from December 18, 2024 to December 19, 2024 at 9:30 am | 35 |
| 178 | 12/11/2024 | *FCP Entertainment Partner's Response to Confirmation of Debtor's Third Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* | 36 |
| 179 | 12/12/2024 | *Supplemental Declaration of Sheryl P. Giugliano regarding Solicitation of Votes and Tabulation of Ballots Accepting and Rejecting Debtor's Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* | 37 |
| 180 | 12/12/2024 | *Debtor's Reply in Further Support of Confirmation of Debtor's Third Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and in response to it FCP's Untimely and Unauthorized Response to Confirmation of Debtor's Third Amended Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* | 38 |
| 183 | 12/16/2024 | FCP's *Letter* requesting adjournment of December 18, 2024 Confirmation Hearing and scheduling of status conference | 39 |
| 184 | 12/17/2024 | *Memorandum Endorsed Order*, adjourning December 18, 2024 Confirmation Hearing and scheduling status conference in its place | 40 |
| 185 | 12/17/2024 | Debtor's *Letter* in response to dated December 17, 2024 | 41 |
| 188 | 01/02/2025 | *Notice of Rescheduled Confirmation Hearing*, which rescheduled Confirmation Hearing for January 17, 2025 at 10:00 am and set a deadline for FCP's objection to January 10, 2025 | 42 |

The foregoing is without waiver of any of Appellees' arguments on appeal.

Dated: Uniondale, New York
April 17, 2025

**RUSKIN MOSCOU FALTISCHEK, P.C.**
*Counsel to Debtor and Debtor-in-Possession*

By: */s/ Sheryl P. Giugliano*
Sheryl P. Giugliano
Michael S. Amato
Nicolas A. Florio
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Telephone: 516-663-6600
sgiugliano@rmfpc.com
mamato@rmfpc.com
nflorio@rmfpc.com

**MARTIN J. FOLEY, A PROFESSIONAL LAW CORPORATION**
*Attorney for Hal Luftig*

By: */s/ Martin J. Foley*
Martin J. Foley
601 S. Figueroa Street, Suite 2050
Los Angeles, California 90017
Telephone: 213-248-0577
martin@mjfoleylaw.com