UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

       HAL LUFTIG COMPANY, INC.

              Reorganized Debtor.

------------------------------------------------------------X
FCP ENTERTAINMENT PARTNERS, LLC

              Appellant,

v.

HAL LUFTIG COMPANY, INC.

              Appellee.
------------------------------------------------------------X

Chapter 11 (Subchapter V)

Case No. 22-11617 (JPM)

Case No. 25-cv-02580 (MMG)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record on behalf of appellee HAL LUFTIG COMPANY, INC., in the above titled action, and requests that a copy of all notices and other papers be served at the address given below.

Dated: Uniondale, New York
       August 6, 2025

                               RUSKIN MOSCOU FALTISCHEK P.C.

                               By:   */s/ Thomas A. Talesca*
                                    Thomas A. Telesca, Esq.
                                    *Attorneys for Appellee*
                                    *Hal Luftig Company, Inc.*
                                    East Tower, 15th Floor
                                    1425 RXR Plaza
                                    Uniondale, NY 11556-1425
                                    (516) 663-6600
                                    ttelesca@rmfpc.com

TO:    All Parties Receiving ECF Notification

1056862