UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

HAL LUFTIG COMPANY, INC.

Reorganized Debtor.

Chapter 11 (Subchapter V)

Case No. 22-11617 (JPM)
-----------------------------------------------------------X
FCP ENTERTAINMENT PARTNERS, LLC

Appellant,

v.

HAL LUFTIG COMPANY, INC.

Appellee.

Case No. 25-cv-02580 (MMG)
-----------------------------------------------------------X

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record on behalf of appellee HAL LUFTIG COMPANY, INC., in the above titled action, and requests that a copy of all notices and other papers be served at the address given below.

Dated: Uniondale, New York
November 3, 2025

RUSKIN MOSCOU FALTISCHEK P.C.

By: *<u>/s/ Jacqulyn S. Loftin</u>*
Jacqulyn S. Loftin, Esq.
*Attorneys for Appellee*
*Hal Luftig Company, Inc.*
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425
(516) 663-6600
jloftin@rmfpc.com

TO: All Parties Receiving ECF Notification