UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

HAL LUFTIG COMPANY, INC.

Reorganized Debtor.

Chapter 11 (Subchapter V)

Case No. 22-11617 (JPM)

FCP ENTERTAINMENT PARTNERS, LLC

Appellant,

v.

HAL LUFTIG COMPANY, INC.

Appellee.

Case No. 25-cv-02580 (MMG)

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel of record on behalf of appellant FCP ENTERTAINMENT PARTNERS, LLC, in the above titled action, and requests that a copy of all notices and other papers be served at the address given below.

Dated: Buffalo, New York
January 9, 2026

**LIPPES MATHIAS LLP**

*/s/Christopher M. Fisher*____________
Christopher M. Fisher, Esq.
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202-2216
(716) 853-5100
cfisher@lippes.com

*Attorneys for Appellant*
*FCP Entertainment Partners, LLC*

To: All counsel of record via ECF.